# UNITED STATES DISTRICT COURT

for the

Southern District of Illinois

Lorenzo Moore )
_____ )
_____ )
_____ )
*Plaintiff(s)* )
v. )
)
LaToya Hughes, Chad Jennings )
William Loy, LT Olinger, et )
IL EPA Joey Logan Puth, )
Tatum Demay, Individual and )
official capacity *Defendant(s)* )

Case Number: 25-CV-843-DWD

*(Clerk's Office will provide for **new** cases, if you are filing in an existing case, write your case number)*

☐ ORIGINAL COMPLAINT

☑ AMENDED COMPLAINT

---

You are responsible for protecting sensitive information per Federal Rule of Civil Procedure 5.2. This means you should not file things like social security numbers, the year of a person's birth, or financial account information.

---

## I. JURISDICTION:

☐ I am suing for a violation of federal law under 28 U.S.C. § 1331:

☑ 42 U.S.C. § 1983 (state prisoners);
☐ *Bivens v. Six Unknown Named Agents*, 403 U.S. 388 (1971) (federal prisoners);
☐ 28 U.S.C. §§ 1346, 2671-2680 (Federal tort claims act).

☐ Other (provide an explanation):

## II. PARTIES:

**Plaintiff(s) (use extra pages if needed):**

Name: Lorenzo Moore

Address: 13433 East 1150th Avenue Robinson, IL 62454

Inmate ID Number: M42635

**Defendants (use extra pages if needed):**

If you do not know the name of a defendant, assign them a generic name (John Doe 1, John Doe 2, Jane Doe 1). Give any information you have about them here. If you cannot provide identifying information, the Court will not be able to give you steps to try to identify the unknown person, and this party may be dismissed.

For example: Jane Doe 1, the nurse who passes out night-time medication. She is short and has red hair. I saw her at my cell on January 1, 2001.

**Defendant # 1:**

Name: LATOYA HUGHES

Job: Director of the state Illinois Department of Corrections

Address: 1301 Concordia Court. P.O.Box 19277 Springfield IL 62794

Additional info: _____

**Defendant #2:**

Name: Chad Jennings

Job: Warden of Robinson Correctional Center

Address: 13423 East 1150th Avenue Robinson, IL 62454

Additional info: _____

**Defendant #3:**

Name: William Loy

Job: Warden of Robinson Correctional Center

Address: 13423 East 1150th Avenue Robinson, IL 62454

Additional info: _____

Rev. 04/16/2025

Defendant #4
Name: LT Olinger
Job: Lieutenant at Robinson Correctional Center
Address: 13423 East 1150th Avenue Robinson, IL 62454

Defendant #5
Name: LT Kid
Job: Lieutenant at Robinson Correctional Center
Address: 13423 East 1150th Avenue Robinson, IL 62454

Defendant #6
Name: officer Harold
Job: Correctional officer at Robinson C. Center
Address: 13423 East 1150th Avenue Robinso, IL 62454

Defendant #7
Name: officer Purcell
Job: Correctional officer at Robinson C. Center
Address: 13423 East 1150th Avenue Robinson, IL 62454

Defendant #8
Name: Counselor Hendrix
Job: Counselor at Robinson C. Center
Address: 13423 East 1150th Avenue Robinson, IL 62454

Defendant #9
Name: officer Knick
Job: Correctional officer at Robinson C. Center
Address: 13423 East 1150th Avenue Robinson, IL 62454

Defendant #10
Name: Sgt Urley
Job: Correctional Sergant at Robinson C. Center
Address: 13423 East 1150th Avenue Robinson, IL 62454

Defendant #11
Name: C/o Shanes
Job: Correctional officer at Robinson C. Center
Address: 13423 East 1150th Avenue Robinson, IL 62454

Defendant #12
Name: C/o miller
Job: Correctional officer at Robinson C. Center
Address: 13423 East 1150th Avenue Robinson, IL 62454

Defendant #13
Name: C/o Brown
Job: Correctional officer at Robinson C. Center
Address: 13423 East 1150th Avenue Robinson IL 62454

Defendant #14
Name: Joey Logan, Pugh
Job: manager for Illinois Environmental Protection
Address: 1021 North Grand Avenue East, Po Box 19276 Springfield, IL 62794-9276

Defendant #15
Name: Tatum Demay
Job: acting manager of IL EPA Division of Public Water
Address: 1021 North Grand Avenue East, Po Box 19276 Springfield, IL 62794-9276

### III. PREVIOUS LAWSUITS

A. Have you begun any other lawsuits in federal court while you were in prison or jail (during either your current or a previous time in prison or jail)?
☑Yes ☐No

B. Answer the following questions about ALL past federal lawsuits. **FAILURE TO FULLY DISCLOSE YOUR LITIGATION HISTORY, INCLUDING "STRIKES," MAY RESULT IN SANCTIONS THAT INCLUDE DISMISSAL OF THIS ACTION**. (Use extra pages if needed)

1. Case name, case number, and Court: Moore v Jennings et al No. 3:24-cv-00177- NJR

2. What was it about: Denied medical treatment

3. What happened (was it dismissed, did it go to trial, was it settled): case still Pending

4. Did you get a "strike" for this case? (You get a strike under 28 U.S.C. § 1915(g) if a case was dismissed for failure to state a claim, or as frivolous or malicious).

2. Moore v. Hughes et al case No; 3:25-cv-00955-SPM
case about Hippa Violation, 8 Amendment
Case still Pending

3. Moore v Dixon correctional center et al
case no 24 -cv-50044
Case about 8 Amendment wrongful strip search and retaliation
Case still Pending

4) Moore v Williams case no 3:23-cv-50248
case about contamination
Case Still Pending

Rev. 04/16/2025

## IV. GRIEVANCE PROCEDURE[1]

A. Is there a prisoner grievance procedure in the institution? ☑ Yes ☐ No

B. Did you present the facts relating to your complaint in the prisoner grievance procedure? ☑ Yes ☐ No

C. Has the grievance been returned from the highest or last level of review? ☑ Yes ☐ No

D. If your answer is NO, explain why not. Did you do anything other than a grievance to alert prison authorities to the problem?

E. If you are a **federal inmate**, attach copies of your request for an administrative remedy and any response you received. If you cannot do so, explain why not:

---

[1] Individuals in custody must try to exhaust their claims in the grievance process before filing a federal lawsuit. If you do not complete the exhaustion process before you file this lawsuit, your case may later be dismissed. *See e.g.,* 42 U.S.C. § 1997e(a) (no action shall be brought until available administrative remedies are exhausted); 28 U.S.C. § 2675(a) (the administrative process must be fully exhausted before claims may be brought in federal court).

Rev. 04/16/2025

## V. STATEMENT OF CLAIM:

**Using the space below describe how your constitutional rights were violated (extra pages are _strongly_ discouraged):**

**DO:** Write a **short** statement of what happened with neat handwriting. Explain **who** violated your rights, **what** each defendant personally did, **when** they did it, **where** they did it, and **why** they did it (if you know why).

**DO NOT:** Do not make legal arguments or give citations. Do not include evidence or exhibits. You will have a chance later in the case to give evidence and to make arguments. Do not combine multiple claims that are not related.[2]

Plaintiff D. moore allege that I experience frequent Periods of drinking water I believe to be Contaminated or unsafe for me to Drink here at Robinson Correctional center from April 2023 to october 2025. Plaintiff believe the cause is old pipe lines or leaking from the industrial Pant with crude substance is the cause of the Contamination with this Dark Brown rusted looking water and the constant flushing of the hydrants. Robinson C.C. enter is a Dorm setting With a hundred men to a wing 20 to a cell, when the Water is Dark Brown Sometimes it smelles of Sewage, there was only one Boil order notice in April of 2023. But there was no alternative water

---

[2] The Court is not required to allow you to join multiple claims in a single case. The Federal Rules of Civil Procedure 18-21 control joinder of claims and parties. It is possible if you present many claims or claims that are not related, that the Court will ask you for an amended complaint or it will divide your claims into separate cases.
Rev. 04/16/2025

offered for days, sometimes weeks in which I was not givin adequate drinking water in was forced to Drink the contaminated water.

Claim #1) Plaintiff states head warden William Loy issued a boil order do to a tornado that affected the water it was Dark Brown Rusted looking, But he did not Provide adequate drinking water from march 31.2023 to April 13-2023 I was forced to drink the contaminated Water. Claim #2 on June 26+29 of 2023 the water was Back Dark Brown some as when the tornado happen. I inform the 5-A Wing officers Harold and Purcell they looked at it and said their was nothing they Do about it, their was no notice about hydrates Being flushed, they failed to inform their supervisor or do a report, they did not Provide adequate drinking water in which forced me to drink the Dark Brown Contaminated water. Claim #3 again on June 26 to 29 of 2023 I talked to LT olinger on a walk through as he signed A book he witnessed the Dark Brown water also And said he was gone check into it, he never came Back to wing 5-A nothing was Done, I don't believe he inform his supervisor or written a report in which inable Plaintiff of receiving adequate drinking water, do to his inaction I was forced to drink the Contaminated water.

Claim #4) on 4-21-24 to 4-26-24 the water was back Dark Brown looking as before I inform 3-A Wing officer Krick And wing Counselor Hendrix at the Some time they witnessed it C/o Kirick Stated their is no boil order its nothing he can do, while Counselor Hendrix Said the hydrants was being flushed the Sinks and toilets water was Dark Brown, their inaction forced me to drink contaminate water cause I was not Provide adequate drinking water. Claim #5) on 8-29-24 I inform warden chad Jennings during a walk through 3-A he witnessed the Dark Brown water and Stated the water is Safe to drink, I inform him its been that way for 6 Days with out a notice or memo informing Plaintiff his in action forced me to drink the Contaminated water because their was no adequate water to drink.

Claim #6) After Seeing the Dark Brown water for 5 days on wing 3-A I inform C/o miller on 9-6-24 he witnessed it in Just move his head left to right, I dont believe he Document it, his inaction forced me to drink Contaminated water because their was no adequate water to drink.

Claim #7) from Sept 27 to oct 9 of 2024 on wing 3-A I inform Sgt urley he witnessed how Brown the water was in Stated that the hydrants was being flushed, again their was no notice or memo from warden chad Jennings I was not givin adequate Drinkin water Sgt urley in action forced me to Drink Contaminated water.

Claim #8) on 10-22-24 at 10:30am I informed C/o Shanes Unit 3-A Sinks and toilets water was back Dark Brown he witnessed it and Said the hydrant was being flushed again their was no notice or memo during this time, I was not givin adequate Drink water 10-22 to 10-30-24 his inaction forced me to Drink water I believe to be Contaminated.

Claim #9) on June-6 to 16-25 the water in unit 3-A sink and toilet was back DARK Brown, I informed wing C/o Brown at 5:00pm who witnessed it in said all he can do is Put in a work order, then at 6:30pm Lt Kid witnessed it and said all you can do is Just keep the water runing, do to their inaction I was not givin adequate Drink water in was forced to Drink the Contaminated Water.

Claim #10) multiple Grievances was filed in must of the Response was hydrant was being flush in the Ctiy of Robinson. I believe when a water company is Doing this they notify the residents of the time or Days in tell them Dont Drink the water during this time frame to limit exposure to Any harmful Contaminates. Robinson c.center warden chad Jenning did not inform Plaintiff by may of memo nor Did he Provide Any adequate Drinking water. When warden William Loy was the head warden in April 2023 he inform Plaintiff By memo But did not Provide any adequate Drink water their inaction foreed Plaintiff to Drink water I believe to have Been Contaminated.

**Claim #1)** Director LaToyA Hughe was aware of this specific Issue to Plaintiff by way of multiple Responses to Plaintiff Grievances and the IL EPA. She utterly failed to investigate or attempt to remedy the Problem with Knowledge of the IL EPA Violations of Robinson Correctional center is under, her inaction with failing to investigate my concern Issue Green lighting Robinson correction center administration Conduct, is a lack of leadership by her in doing so Violates my constitutional rights.

**Claim #2)** plaintiff sent a foia Request with a Grievance that was recceied by Tatum Demay I believe who is Robinson Correctional Center case manager And Joey Logan Pugh who is in charged of the Violation report and making Sure Robinson c center is in compliance with the (C.C.A) COMPLIANCE COMMITMENT AGREEMENT, Plaintiff outline in Grievance to them the condition of this water here at Robinson With every extension that is Granted to Robinson by them, Keeps Plaintiff being harm By the Contaminates thats in the water

**Claim #3)** plaintiff AFFiDAVit outline that the IL EPA Put a notice about the high levels of Contaminates found in the water here at Robinson c. center and the Surrounding town on April-11-25 to April-26-25 on April 26-25 warden Jennings had the notice Put on a wall in Dietary written in Spanish he did not Put out a notice or Boil order during the IL EPA notice I was Drinking Contaminated water without Knowledge of it

Claim #14) Plaintiff state all defendants listed above failed to Action every time the water was Dark Brown and Become unsafe to Drink, But when it come to them they had Bottle water, Since April 2023 I have not seen any officer Drink this water here at Robinson C center, Some of them have stated that this water is not right here, They always Pass Bottle of water out to themself I have witness it being Passed out in health care staff and C/o they have Knowledge but Refuse to speak of it.

Claim #15) The I.L E.P.A administrators TATUM Demay and Joey Logan Pugh is liable because their in charge in over seeing the violations. their failure to make sure that Robinson C. center was Properly taking Action to stop exposure of contaminates they know was in the water.

Claim #16) The IL E.P.A Personal just listed did not hold Robinson C. Center wardens to the C.C.A agreement first William Loy then Chad Jennings, their Actions behind this make them liable.

Claim #17) Defendants stated above failure to Act which high lights A cover up which go to their mindset, Plaintiff will use camera footage from Grievances that was ask to be saved for Legal reasons, as Proof of claims.

Claim #18) Due to defendants inaction in failures the exposure to Plaintiff is suffereing irreversible harm, mentally have anxiety and depression, Physically haven diarrha, Stomach head aches, chest Pain, throat Pain, skin Break outs, Bumps, rashes, and sone's, A 1.4cm lump in my testicles monitoring

## VI. REQUEST FOR RELIEF

State exactly what you want this court to do for you.

*Plaintiff seeking Compensatory damages in the amount of #1 million Dollars against each defendant Jointly and severally. Plaintiff moore seeking nominal and Punitive damages of 1.5 million against each defendant Jointy and severally

## VII. JURY DEMAND (*check one box below*)

The plaintiff ☑ does ☐ does not request a trial by jury.

## <u>DECLARATION UNDER FEDERAL RULE OF CIVIL PROCEDURE 11</u>

I certify to the best of my knowledge, information, and belief, that this complaint is in full compliance with Rule 11(a) and 11(b) of the Federal Rules of Civil Procedure. The undersigned also recognizes that failure to comply with Rule 11 may result in sanctions. Additionally, I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct. 28 U.S.C. § 1746.

Signed on: 10-10-25
(date)

13423 East 1150th Avenue
Street Address

Robinson, IC 62454
City, State, Zip

_Lorenzo moore_
Signature of Plaintiff

Lorenzo moore
Printed Name

M42635
Prisoner Register Number



UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS
prisoner.esl@ilsd.uscourts.gov

## ELECTRONIC FILING COVER SHEET

Please complete this form and include it when submitting any type of document, letter, or pleading. to the U.S. District Court for the Southern District of Illinois for review and filing.

__Dorenzo Moore__
Name

__m42635__
ID Number

Please answer questions as thoroughly as possible and circle yes or no where indicated.

1.  Is this a new civil rights complaint or habeas corpus petition?  Yes or No

    If this is a habeas case, please circle the related statute:  28 U.S.C. 2241 or 28 U.S.C. 2254

2.  Is this an Amended Complaint or an Amended Habeas Petition?  (Yes) or No

    If yes, please list case number: __3:25- CV-00843 -DWD__

    If yes, but you do not know the case number, mark here: _____

3.  Should this document be filed in a pending case?  Yes or No

    If yes, please list case number: _____

    If yes, but you do not know the case number, mark here: _____

4.  Please list the total number of pages being transmitted: __52__

5.  If multiple documents, please identify each document and the number of pages for each document. For example: Motion to Proceed In Forma Pauperis, 6 pages; Complaint, 28 pages.

| Name of Document | Number of Pages |
| --- | --- |
| Complaint | 14 |
| Exhibits Grievance's | 25 |
| Exhibits Affidavit's | 12 |
| Exhibit IL EPA Notice | 1 |

Please note that discovery requests and responses are NOT to be filed; instead they should be forwarded to the attorney(s) of record. Discovery materials sent to the Court will be returned unfiled.



## The Illinois Department of Corrections

EXHibit A,2

1301 Concordia Court, P.O. Box 19277 • Springfield, IL 62794-9277 • (217) 558-2200 TDD: (800) 526-0844

Name: DORENZO MOORE                                         6/2/23
                                                           _____
                                                             Date
ID# : M42635

Facility: ROBINSON

This is in response to your grievance received on __5/11/23__. This office has determined the issue will be addressed without a formal hearing. A review of the Grievance, Grievance Officer/CAO response to the grievance has been conducted. For a grievance that is direct review by the ARB, a review of the Grievance has been conducted.

Your issue regarding: Grievance dated: 3/3/23    Grievance Number: 23-0406E    Griev Loc: ROBINSON
                                        4/13/23                       23-0465

☐ Medical _____

☐ Dietary _____

☐ Personal Property _____

☐ Mailroom/Publications _____

☐ Staff Conduct _____

☐ Commissary / Trust Fund _____

☑ Conditions (cell conditions, cleaning supplies, etc.)  CONTAMINATED WATER AT ROBINSON CC.

☐ Disciplinary Report: Dated: _____ Incident # _____

☐ Other _____

Based on a review of all available information, this office has determined your grievance to be:

☐ Affirmed

_____

☐ Denied, in accordance with DR504F, this is an administrative decision.

☑ Denied, this office finds the issue was appropriately addressed by the facility Administration.

☐ Other: _____

☐ Denied as the facility is following the procedures outlined in DR525.

☐ Denied as procedures were followed in accordance with DR 420 for removal/denial from/for an assignment.

☐ Denied as this office finds no violation of the grievant's due process in accordance with DR504.80 and DR504.30. This office is reasonably satisfied the offense cited in the report was committed.

_____

FOR THE BOARD: _____       CONCURRED: _____
                    Ryan Kilduff                                Latoya Hughes
                Administrative Review Board                      Acting Director

CC: Warden, ROBINSON _____ Correctional Center
     DORENZO MOORE _____, ID# M42635

Mission: To serve justice in Illinois and increase public safety by promoting positive change for those in custody, operating successful reentry programs, and reducing victimization.

www.illinois.gov/idoc

EX. A.2

Assigned Grievance #/Institution: 23-0465 ROB    Housing Unit: 5A    Bed #: _____

1st Lvl rec: 4/17/23 KG   Cond-8b    **ILLINOIS DEPARTMENT OF CORRECTIONS**    2nd Lvl rec: 4-27-23 MR
**Offender's Grievance**

| Date: 4-13-23 | Offender (please print): Lorenzo Moore | ID #: M42635 | Race (optional): BLK |
|---|---|---|---|
| Present Facility: Robinson | | Facility where grievance issue occurred: Robinson | |

**Nature of grievance:**

- [ ] Personal Property
- [✓] Staff Conduct
- [ ] Transfer Denial by Facility
- [ ] Disciplinary Report

- [ ] Mail Handling
- [ ] Dietary
- [✓] Other (specify): Water Contamination

- [ ] Medical Treatment
- [ ] HIPAA

- [ ] ADA Disability Accommodation
- [ ] Restoration of Sentence Credit

Date of report _____    Facility where issued _____

**Note:** Protective Custody Denials may be grieved immediately via the local administration on the protective custody status notification.

**Complete:** Attach a copy of any pertinent document (such as a Disciplinary Report, Search Record, etc.) and place in the designated locked receptacle marked "grievance":

Counselor, unless the issue involves discipline, is deemed an emergency, or is subject to review by the Administrative Review Board
Grievance Officer, only if the issue involves discipline at the present facility or issue not resolved by Counselor
Chief Administrative Officer, only if EMERGENCY grievance
Mail to Administrative Review Board, only if the issue involves protective custody, involuntary administration of psychotropic drugs, issues from another facility except medical and personal property issues, or issues not resolved by the Chief Administrative Officer.

**Summary of Grievance** (Provide information including a description of what happened, when and where it happened, and the name or identifying information for each person involved):

on the above date at approximate time 10:30 am I've been noticing alot of white particles at the top of my Hot Pot and Brown and Black particles at the Bottom of my Hot Pot from useing water from the Bathroom sinks that Does not have filters on them this have been happen ~~xxxxx xxxxx~~ for weeks now I believe that this water is Contaminated

- [ ] Continued on reverse

**Relief Requested:** I would like to be transfered and also want to receive Compensation for future Health Problems

- [ ] Check **only** if this is an EMERGENCY grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self.

- [✓] Check if this is **NOT** an emergency grievance.

_Lorenzo Moore_          M42635          4-13-23
Offender's Signature          ID#          Date

(Continue on reverse side if necessary)

**Counselor's Response** (if applicable)    Date Received: 4/14/23 KG 5A    [✓] Send directly to Grievance Officer

- [ ] Outside jurisdiction of this facility. Send to: Administrative Review Board, PO Box 19277, Springfield, IL 62794-9277

**Response:**

Our water quality is monitored and tested. It is not unusual for water discoloration in the springs as water departments will flush hydrants. If the water is deemed unsafe the Warden will be notified and issue bottled water accordingly

H. Gurley, CCII          _signature_ CCII          4 24 23
Print Counselor's Name          Sign Counselor's Name          Date
fwd on 4-25-23 KA          TO OS

**Note to offender:** If you disagree with the counselor's response, it is your responsibility to forward grievance with counselor's response to the grievance officer.

**EMERGENCY REVIEW:**    Date Received: _____

Is this determined to be of an emergency nature:

- [ ] Yes, expedite emergency grievance
- [ ] No, an emergency is not substantiated. Offender should submit this grievance according to standard grievance procedure

_____          _____
Chief Administrative Officer's Signature          Date

EX. A.3

ILLINOIS DEPARTMENT OF CORRECTIONS

5A Fwd on 5.5.23
5A VA

## RESPONSE TO INDIVIDUAL IN CUSTODY'S GRIEVANCE

### Grievance Officer's Report

| | | |
|---|---|---|
| **Date Received:** 04/27/2023 | **Date of Review:** 05/02/2023 | **Grievance #:** 23-0465 |

**Individual in Custody Name:** Moore, Dorenzo     **ID#:** M42635

**Nature of Grievance:**

Moore is grieving staff conduct and conditions of water regarding on 4/13/23 around 10:30 am had white particles at top of Hot Pot and black and brown particles on bottom of Hot Pot and believes the water is contaminated. Moore requests transfer, and compensation for any future health problems.

**Facts Reviewed:**

Grievance Officer reviewed the grievance as written, and counselor response.

Counselor response, H. Gurely CCII: "Our water quality is monitored and tested. It is not unusual for water discoloration in the spring as water departments will flush hydrants. If the water is deemed unsafe the Warden will be notified and issue bottled water accordingly."

Per WB#54-23 on 4/3/23, "Robinson Correctional Center is currently on a water boil order. This is a county wide boil order as a result of the tornado that passed through the area March 31, 2023. The boil order will be in effect until testing is completed. Water will be provided during meals, medication lines, dayrooms, yard, gym, and job assignments. All water fountains and ice machines are to be sealed off to prevent contamination."

Per WB#57-23 on 4/7/23, "Effective today, April 7, 2023, Robinson Correctional Center has been removed from boil order."

Per J. Evans, Plumber, there was no order on 4/13/23.

**Recommendation:**

Based on a total review of all available information, this Grievance Officer recommends grievance be denied. Our water quality is monitored and tested. If the water is deemed unsafe the Warden will be notified and issue bottled water accordingly. Just like in Warden Bulletins #54-23 and #57-23 in the beginning of April. Per J. Evans, Plumber, there was no order on 4/13/23. There is no evidence to support allegations of staff misconduct.

Miramony Rayburn CCII

| | |
|---|---|
| Print Grievance Officer's Name | Grievance Officer's Signature |

(Attach a copy of Individual in Custody's Grievance, including counselor's response if applicable)

### Chief Administrative Officer's Response

**Date Received:** 5.4.23     ☒ I concur    ☐ I do not concur    ☐ Remand

**Action Taken:**

| | |
|---|---|
| Chief Administrative Officer's Signature | 5.4. 23   Date |

### Individual in Custody's Appeal To The Director

I am appealing the Chief Administrative Officer's decision to the Director. I understand this appeal must, within 30 days after the date of the Chief Administrative Officer's decision, be received by the Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277. (Attach a complete copy of the original grievance, including the counselor's response if applicable, and any pertinent documents.)

| | | |
|---|---|---|
| Individual in Custody's Signature | M42635   ID# | 5-9-23   Date |



EXHibits(B) 1

## The Illinois Department of Corrections

1301 Concordia Court, P.O. Box 19277 • Springfield, IL 62794-9277 • (217) 558-2200 TDD: (800) 526-0844

Name: DORENZO MOORE

10/13/23
Date

ID# : M42635

Facility: ROBINSON

This is in response to your grievance received on **8/25/23**. This office has determined the issue will be addressed without a formal hearing. A review of the Grievance, Grievance Officer/CAO response to the grievance has been conducted. For a grievance that is direct review by the ARB, a review of the Grievance has been conducted.

Your issue regarding: Grievance dated: **6/27/23** Grievance Number: **23-0954E** Griev Loc: **ROBINSON**

☐ Medical

☐ Dietary

☐ Personal Property

☐ Mailroom/Publications

■ Staff Conduct        C/O HAROLD, C/O PUNCELL, AND LT. OLINGER FOR FAILING TO RESOLVE WATER ISSUE.

☐ Commissary / Trust Fund

■ Conditions (cell conditions, cleaning supplies, etc.)    WATER AT ROBINSON BROWNISH.

☐ Disciplinary Report: Dated: _____ Incident # _____

☐ Other

**Based on a review of all available information, this office has determined your grievance to be:**

☐ Affirmed

☐ Denied, in accordance with DR504F, this is an administrative decision.

■ Denied, this office finds the issue was appropriately addressed by the facility Administration.

☐ Other:

☐ Denied as the facility is following the procedures outlined in DR525.

☐ Denied as procedures were followed in accordance with DR 420 for removal/denial from/for an assignment.

☐ Denied as this office finds no violation of the grievant's due process in accordance with DR504.80 and DR504.3C. This office is reasonably satisfied the offense cited in the report was committed.

FOR THE BOARD: _____
Ryan Kilduff
Administrative Review Board

CONCURRED: _____
Latoya Hughes
Acting Director

CC: Warden, ROBINSON Correctional Center
DORENZO MOORE , ID# M42635

*Mission: To serve justice in Illinois and increase public safety by promoting positive change for those in custody, operating successful reentry programs, and reducing victimization.*

EX(B)#2

Distribution: Master File; Offender

Assig. Grievance #/Institution: 23-0954E RØB

1st Lvl rec: N/A Cmd -8b

Housing Unit: _____ Bed #: _____

**ILLINOIS DEPARTMENT OF CORRECTIONS**
**Offender's Grievance**

2nd Lvl rec: 6-30-23 LLR

| Date: 6-27-23 | Offender (please print): Dorenzo Moore | ID #: M43635 | Race (optional): Blk |

Present Facility: Robinson | Facility where grievance issue occurred: Robinson

**Nature of grievance:**

- ☐ Personal Property
- ☑ Staff Conduct
- ☐ Transfer Denial by Facility
- ☐ Disciplinary Report
- ☐ Mail Handling
- ☐ Dietary
- ☑ Other (specify): Water Contamination
- ☐ Medical Treatment
- ☐ HIPAA
- ☐ ADA Disability Accommodation
- ☐ Restoration of Sentence Credit

Date of report _____ Facility where issued _____

Note: Protective Custody Denials may be grieved immediately via the local administration on the protective custody status notification.

Complete: Attach a copy of any pertinent document (such as a Disciplinary Report, Search Record, etc.) and place in the designated locked receptacle marked "grievance":

Counselor, unless the issue involves discipline, is deemed an emergency, or is subject to review by the Administrative Review Board.
Grievance Officer, only if the issue involves discipline at the present facility or issue not resolved by Counselor
Chief Administrative Officer, only if EMERGENCY grievance
Mail to Administrative Review Board, only if the issue involves protective custody, involuntary administration of psychotropic drugs, issues from another facility except medical and personal property issues, or issues not resolved by the Chief Administrative Officer.

Summary of Grievance (Provide information including a description of what happened, when and where it happened, and the name or identifying information for each person involved):

Since yesterday Approximate time 6:00pm to the Above date the water in unit 5-A had been brown I talked with the 5da officers C/o Harold and Purcell and LT Olinger about this Issue this is the third time my water quality Here is Unsafe Robins is not talking about giving me water or putting up an Boil order their have been No flushing of A drain

☑ Continued on reverse

**Relief Requested:**

I will like to be transfered to a safe facility also I want to receive compensation for future Health Problems.

☑ Check only if this is an EMERGENCY grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self.

☐ Check if this is NOT an emergency grievance.

Dorenzo Moore | M43635 | 6-27-23
Offender's Signature | ID# | Date

(Continue on reverse side if necessary)

**Counselor's Response (if applicable)** Date Received: 6/27/23 KL SA ☐ Send directly to Grievance Officer

☐ Outside jurisdiction of this facility. Send to: Administrative Review Board, PO Box 19277, Springfield, IL 62794-9277

Response:

Emergency

Print Counselor's Name | Sign Counselor's Name | Date

Note to offender: If you disagree with the counselor's response, it is your responsibility to forward grievance with counselor's response to the grievance officer.

**EMERGENCY REVIEW:** Date Received: 6-29-23

Is this determined to be of an emergency nature:

☑ Yes, expedite emergency grievance
☐ No, an emergency is not substantiated. Offender should submit this grievance according to standard grievance procedure

Chief Administrative Officer's Signature | 6-29-23 Date

Ex(B) #3

5A Fwd on 8·10·23

ILLINOIS DEPARTMENT OF CORRECTIONS
**RESPONSE TO INDIVIDUAL IN CUSTODY'S GRIEVANCE**

| Grievance Officer's Report | | |
|---|---|---|
| Date Received: 06/30/2023 | Date of Review: 08/01/2023 | Grievance #: 23-0954E |
| Individual in Custody Name: Moore, Dorenzo | | ID#: M42635 |

**Nature of Grievance:**

Moore is grieving staff conduct and the water regarding that the water has been brown and Robinson is doing nothing. Moore requests to be transfered and to be compensated.

**Facts Reviewed:**

Grievance Officer reviewed the grievance as written.

Per TA Chief Engineer, J. Schmitt, on 8/1/23, Our plumber went to House 5A when this was reported to investigate. He found that there were no issues of brown water at time of investigation, but did follow up with the city and they said that they were flushing their hydrants that day. Even with them doing so, we should not have seen any changes in our water here at RCC. This was communicated to Warden Loy shortly after due to the grievance and my understanding that all was taken care of.

Transfers can be request through housing unit counselor.

**Recommendation:**

Based on a total review of all available information, this Grievance Officer recommends grievance be denied. Per TA Chief Engineer, J. Schmitt's response. There is no evidence to support allegations of staff misconduct.

Miramony Chenault CCII
_____
Print Grievance Officer's Name

_____
Grievance Officer's Signature

(Attach a copy of Individual in Custody's Grievance, including counselor's response if applicable)

| Chief Administrative Officer's Response | | |
|---|---|---|
| Date Received: 8.9.23 | ☑ I concur | ☐ I do not concur ☐ Remand |

**Action Taken:**

_____
Chief Administrative Officer's Signature

8.9.23
Date

| Individual in Custody's Appeal To The Director |
|---|

I am appealing the Chief Administrative Officer's decision to the Director. I understand this appeal must, within 30 days after the date of the Chief Administrative Officer's decision, be received by the Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277. (Attach a complete copy of the original grievance, including the counselor's response if applicable, and any pertinent documents.)

_____
Individual in Custody's Signature

M42635
ID#

8-22-23
Date

send out 8-22-23



Ex (c) 1

## The Illinois Department of Corrections

1301 Concordia Court, P.O. Box 19277 • Springfield, IL 62794-9277 • (217) 558-2200 TDD: (800) 526-0844

Name:  Moore, Dorenzo                                                          8/13/24

ID# :  M42635                                                                  Date

Facility:  Robinson C.C.

This is in response to your grievance received on __8/2/24__ . This office has determined the issue will be addressed without a formal hearing. A review of the Grievance, Grievance Officer/CAO response to the grievance has been conducted. For a grievance that is direct review by the ARB, a review of the Grievance has been conducted.

Your issue regarding: **Grievance dated:** 4/22/24   **Grievance Number:** K42-0424-0932  **Griev Loc:** Robinson C.C.

- ■ Medical treatment, diarrhea, headaches, throat issues, and rash
- ☐ Dietary
- ☐ Personal Property
- ☐ Mailroom/Publications
- ☐ Staff Conduct
- ☐ Commissary / Trust Fund
- ■ Conditions (cell conditions, cleaning supplies, etc.)  contaminated water
- ☐ Disciplinary Report: Dated: _____ Incident # _____
- ☐ Other

**Based on a review of all available information, this office has determined your grievance to be:**

- ☐ Affirmed

  _____

- ☐ Denied, in accordance with DR504F, this is an administrative decision.
- ■ Denied, this office finds the issue was appropriately addressed by the facility Administration.

- ☐ Denied as the facility is following the procedures outlined in DR525.
- ☐ Denied as procedures were followed in accordance with DR 420 for removal/denial from/for an assignment.
- ☐ Denied as this office finds no violation of the grievant's due process in accordance with DR504.80 and DR504.30. This office is reasonably satisfied the offense cited in the report was committed.

- ■ Other: Grievant should sign up for Nurse sick call if grievant is still feeling sick. Grievant has access to HCU for all medical needs.

FOR THE BOARD: _Jon Loftus_                    CONCURRED: _Latoya Hughes_
Jon Loftus                                              Latoya Hughes
Administrative Review Board                              Acting Director

CC:  Warden, Robinson C.C. _____ Correctional Center
Moore, Dorenzo _____ , ID# M42635

*Mission: To serve justice in Illinois and increase public safety by promoting positive change for those in custody, operating successful reentry programs, and reducing victimization.*

**www.illinois.gov/idoc**


Ex(c)#2

Assigned Grievance #/Institution: KR 0424-6932  Housing Unit: 3A  Bed #

1st Lvl rec: 4-24-24 JH  Cmd-8b

**ILLINOIS DEPARTMENT OF CORRECTIONS**
**Individual in Custody's Grievance**

2nd Lvl rec: 5-3-24 KG

| Date: 4-22-24 | Individual in Custody (please print): Lorenzo moore | ID #: m42635 | Race (optional): |
|---|---|---|---|
| Present Facility: Robinson | | Facility where grievance issue occurred: Robinson | |

**Nature of grievance:**

- [ ] Personal Property
- [x] Staff Conduct
- [ ] Other (specify): Water Contamination
- [ ] Disciplinary Report

- [ ] Mail Handling
- [ ] Dietary

- [ ] Medical Treatment
- [ ] HIPAA

- [ ] ADA Disability Accommodation
- [ ] Restoration of Sentence Credit

Date of report _____ Facility where issued _____

**Note:** Protective Custody Denials may be grieved immediately via the local administration on the protective custody status notification.

**Complete:** Attach a copy of any pertinent document (such as a Disciplinary Report, Search Record, etc.) and place in the designated locked receptacle marked "grievance":

Counselor, unless the issue involves discipline, is deemed an emergency, or is subject to review by the Administrative Review Board
Grievance Officer, only if the issue involves discipline at the present facility or issue not resolved by Counselor
Chief Administrative Officer, only if EMERGENCY grievance
Mail to Administrative Review Board, only if the issue involves protective custody, involuntary administration of psychotropic drugs, issues from another facility except medical and personal property issues, or issues not resolved by the Chief Administrative Officer.

**Summary of Grievance** (Provide information including a description of what happened, when and where it happened, and the name or identifying information for each person involved):

On the Date of 4-21-24 Approximate time 4:00pm I notice the water bring Brown on wing 3-A, on the above Date this water is still Brown. at 3:45pm I was told by C/o Krick and Counselor Hendrix that the City was flushing their hydrants, which was why the water is Brown according to the administration. I was also told in a Prevaus Grievance Date 6-27-23

[ ] Continued on reverse

**Relief Requested:**

I would like the my Safty to be Protected if not transfer ME so I do have to worry about this issue I will be Seeking compensation for my health issue Im having do to drinking this water.

[ ] Check only if this is an EMERGENCY grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self.

[x] Check if this is NOT an emergency grievance.

| Individual in Custody's Signature | ID# m42635 | Date 4-22-24 |
|---|---|---|

(Continue on reverse side if necessary)

**Counselor's Response** (if applicable)  Date Received: 4-23-24  [x] Send directly to Grievance Officer

[ ] Outside jurisdiction of this facility. Send to: Administrative Review Board, PO Box 19277, Springfield, IL 62794-9277

Response: Per Chief Engineer Schmidt Robinson C.C. Tests Water daily and the City of Robinson Conducts Water tests Twice daily To Ensure Water Safety and Quality

| J. Hendrix | | 5/1/24 |
|---|---|---|
| Print Counselor's Name | Sign Counselor's Name | Date |

Rcvd on 5-1-24 KA

Note to individual in custody: If you disagree with the counselor's response, it is your responsibility to forward grievance with counselor's response to the grievance officer.

**EMERGENCY REVIEW:**  Date Received: _____

Is this determined to be of an emergency nature:

[ ] Yes, expedite emergency grievance
[ ] No, an emergency is not substantiated. Individual in custody should submit this grievance according to standard grievance procedure

Chief Administrative Officer's Signature _____  Date _____

Ex(c)#3

ILLINOIS DEPARTMENT OF CORRECTIONS
**RESPONSE TO INDIVIDUAL IN CUSTODY'S GRIEVANCE**

| **Grievance Officer's Report** |
|---|

Date Received: 05/03/2024     Date of Review: 07/23/2024     Grievance #: K42-0424-0932

Individual in Custody Name: Moore, Dorenzo     ID#: M42635

**Nature of Grievance:**

Individual Moore is grieving that on 4/21/24, he noticed that the water was brown. Grievant states he was exposed to this contaminated water and he has diarrhea, headaches, throat issues, and bumps and rashes on his body. Grievant requests a transfer and compensation for his health issues.

**Facts Reviewed:**

This grievance officer has reviewed the grievance as written and the counselor response.

This grievance was initially answered at the first level by Correctional Counselor I (CC I) J. Hendrix. Per CCI Hendrix, "Per Chief Engineer Schmidt, Robinson CC [Correctional Center] tests water daily and the City of Robinson conducts water tests twice daily to ensure water safety and quality."

If Grievant wishes to request a transfer, please see housing unit counselor.

Compensation and damages cannot be awarded through the grievance process and can only be done through the court systems by a Judge.

**Recommendation:**

Based upon review of all available information, this grievance officer recommends that the following grievance be denied. Per Chief Engineer Schmidt, the water is tested daily for safety and quality. The grievance process is not utilized to request transfers, and compensation and damages cannot be awarded through the grievance process and can only be done through the court systems by a Judge.

Kaycee Gosnell CCII

Print Grievance Officer's Name

**Kaycee Gosnell** Digitally signed by Kaycee Gosnell Date: 2024.07.23 13:45:02 -05'00'

Grievance Officer's Signature

(Attach a copy of Individual in Custody's Grievance, including counselor's response if applicable)

| **Chief Administrative Officer's Response** |
|---|

Date Received: 7/25/24     ☒ I concur     ☐ I do not concur     ☐ Remand

**Action Taken:**

Chad Jenn     7/25/24
Chief Administrative Officer's Signature     Date

| **Individual in Custody's Appeal To The Director** |
|---|

I am appealing the Chief Administrative Officer's decision to the Director. I understand this appeal must, within 30 days after the date of the Chief Administrative Officer's decision, be received by the Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277. (Attach a complete copy of the original grievance, including the counselor's response if applicable, and any pertinent documents.)

Dorenzo Moore     M42635     7-30-24
Individual in Custody's Signature     ID#     Date



J.B. Pritzker
Governor

Latoya Hughes
Acting Director

EXHibit(S) 1

## The Illinois Department of Corrections

1301 Concordia Court, P.O. Box 19277 • Springfield, IL 62794-9277 • (217) 558-2200 TDD: (800) 526-0844

Name:   Moore, Dorenzo                3A                    2/19/25
                                                                   Date

ID# :   M42635

Facility:   ROB

This is in response to your grievance received on **10/29/24**. This office has determined the issue will be addressed without a formal hearing. A review of the Grievance, Grievance Officer/CAO response to the grievance has been conducted. For a grievance that is direct review by the ARB, a review of the Grievance has been conducted.

Your issue regarding:  Grievance dated: **8/27/24**    Grievance Number: **K42-0824-1691**  Griev Loc: **ROB**

- ☑ Medical  treatment, water is causing skin problems
- ☐ Dietary
- ☐ Personal Property
- ☐ Mailroom/Publications
- ☐ Staff Conduct
- ☐ Commissary / Trust Fund
- ☑ Conditions (cell conditions, cleaning supplies, etc.)  water is staining laundry
- ☐ Disciplinary Report: Dated: _____  Incident # _____
- ☐ Other

**Based on a review of all available information, this office has determined your grievance to be:**

- ☐ Affirmed

- ☐ Denied, in accordance with DR504F, this is an administrative decision.

- ☑ Denied, this office finds the issue was appropriately addressed by the facility Administration.

- ☐ Denied as the facility is following the procedures outlined in DR525.

- ☐ Denied as procedures were followed in accordance with DR 420 for removal/denial from/for an assignment.

- ☐ Denied as this office finds no violation of the grievant's due process in accordance with DR504.80 and DR504.30. This office is reasonably satisfied the offense cited in the report was committed.

- ☑ Other:  Grievant should sign up for Nurse sick call if grievant is still feeling sick. Grievant has access to HCU for all medical needs.

FOR THE BOARD: _____
                        Jon Loftus
                Administrative Review Board

CONCURRED: _____
                        Latoya Hughes
                        Acting Director

CC:  Warden,  **ROB**  _____  Correctional Center
     Moore, Dorenzo  _____  ID# M42635

*Mission: To serve justice in Illinois and increase public safety by promoting positive change for those in custody, operating successful reentry programs, and reducing victimization.*

**www.illinois.gov/idoc**

Ex. D #8

Assigned Grievance #/Institution: K42-0824-1691    Housing Unit: 3A    Bed #:

1st Lvl rec: 8·28·24 Cmd-8b

**ILLINOIS DEPARTMENT OF CORRECTIONS**
**Offender's Grievance**

2nd Lvl rec: 9·3·24 KG

| Date: 8-31-24 | Offender (please print): Dorenzo moore | ID #: M42635 | Race (optional): BIK |
|---|---|---|---|
| Present Facility: Robinson | | Facility where grievance issue occurred: Robinson | |

**Nature of grievance:**

- [ ] Personal Property
- [x] Staff Conduct
- [ ] Transfer Denial by Facility
- [ ] Disciplinary Report
- [ ] Mail Handling
- [ ] Dietary
- [ ] Other (specify): Drinking water is Brown again
- [ ] Medical Treatment
- [ ] HIPAA
- [ ] ADA Disability Accommodation
- [ ] Restoration of Sentence Credit

Date of report _____ Facility where issued _____

Note: Protective Custody Denials may be grieved immediately via the local administration on the protective custody status notification.

Complete: Attach a copy of any pertinent document (such as a Disciplinary Report, Search Record, etc.) and place in the designated locked receptacle marked "grievance":

Counselor, unless the issue involves discipline, is deemed an emergency, or is subject to review by the Administrative Review Board
Grievance Officer, only if the issue involves discipline at the present facility or issue not resolved by Counselor
Chief Administrative Officer, only if EMERGENCY grievance
Mail to Administrative Review Board, only if the issue involves protective custody, involuntary administration of psychotropic drugs, issues from another facility except medical and personal property issues, or issues not resolved by the Chief Administrative Officer.

Summary of Grievance (Provide information including a description of what happened, when and where it happened, and the name or identifying information for each person involved):

no the Date of 8-26-24 at about 9:30 AM After Washing my Clothes I noticed the water was Brown again, staining my T-shirts, socks, Tank Top and Boxer Briefs which was all white Clothes I Paid for from Commissary about two months ago Now my Whites is Brown I was not notified by staff or the Administration here there was no memo put up or Bottle water being Given

☐ Continued on reverse

**Relief Requested:**

I would like to be remedy for my Clothes being Brown And my health if the administration can not fix this water From being Brown in causing health Issues for me I want to be transferd for health and safty reason's Thank You.

- [ ] Check only if this is an EMERGENCY grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self.

- [ ] Check if this is NOT an emergency grievance.

Offender's Signature _(signature)_    ID# M42635    Date 8-27-24

(Continue on reverse side if necessary)

**Counselor's Response** (if applicable)    Date Received: 8/27/24    [x] Send directly to Grievance Officer

- [ ] Outside jurisdiction of this facility. Send to: Administrative Review Board, PO Box 19277, Springfield, IL 62794-9277

Response:
· Laundry Can be Sent to Institutional Laundry to be Cleaned. Water at the facility is supplied by the City of Robinson and is tested daily

J. Hendrix
Print Counselor's Name    Sign Counselor's Name    Date 8/28/24
Fwd on 8·29·24 KA

Note to offender: If you disagree with the counselor's response, it is your responsibility to forward grievance with counselor's response to the grievance officer.

**EMERGENCY REVIEW:**    Date Received: _____

Is this determined to be of an emergency nature:

- [ ] Yes, expedite emergency grievance
- [ ] No, an emergency is not substantiated. Offender should submit this grievance according to standard grievance procedure

_____    _____
Chief Administrative Officer's Signature    Date

Distribution: Master File; Offender    Page 1 of 2    DOC 0046 (Rev. 01/2020)

*Fwd on 10·15·24 KA 3A* (handwritten)

*EX D #3* (handwritten, left margin)

| Grievance Officer's Report | | |
|---|---|---|
| **Date Received:** 09/03/2024 | **Date of Review:** 10/08/2024 | **Grievance #:** K42-0824-1691 |
| **Individual in Custody Name:** Moore, Dorenzo | | **ID#:** M42635 |

**Nature of Grievance:**

Individual Moore is grieving that the water is brown and staining his laundry, causing skin problems, and causing his feet to get hot. Grievant requests to be transferred if the water cannot be fixed.

**Facts Reviewed:**

This grievance officer has reviewed the grievance as written and the counselor response.

This grievance was initially answered at the first level by Correctional Counselor II (CC II) J. Hendrix. Per CCII Hendrix, "Laundry can be sent to Institutional Laundry to be cleaned. Water at the facility is supplied by the City of Robinson and is tested daily."

Per Warden's Bulletin #45 – 23, Robinson Correctional Center is now required to conduct drinking water quality monitoring and employ a Certified Drinking Water Operator.

The grievance procedure is not to be utilized to request a transfer. To request a transfer, please see your housing unit counselor.

**Recommendation:**

Based upon review of all available information, this grievance officer recommends that the following grievance be denied. The water at Robinson Correctional Center is monitored for safety and tested daily.

Kaycee Gosnell CCII

**Kaycee Gosnell** Digitally signed by Kaycee Gosnell Date: 2024.10.08 10:47:05 -05'00'

| Print Grievance Officer's Name | Grievance Officer's Signature |
|---|---|

(Attach a copy of Individual in Custody's Grievance, including counselor's response if applicable)

| Chief Administrative Officer's Response | | |
|---|---|---|

**Date Received:** 10.10.24    ☒ I concur    ☐ I do not concur    ☐ Remand

**Action Taken:**

_____ Chief Administrative Officer's Signature    10.10.24 Date

| Individual in Custody's Appeal To The Director | |
|---|---|

I am appealing the Chief Administrative Officer's decision to the Director. I understand this appeal must, within 30 days after the date of the Chief Administrative Officer's decision, be received by the Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277. (Attach a complete copy of the original grievance, including the counselor's response if applicable, and any pertinent documents.)

_Doren Moore_ Individual in Custody's Signature    M42635 ID#    10-21-24 Date

# Administrative Review Board
## Return of Grievance or Correspondence

 EX D.4

**Individual in Custody Name:** Moore _____ Dorenzo _____ ___ M42635
                     Last Name                   First Name              MI       ID#

**Facility:** Robinson

☐ Grievance: Facility Grievance # (if applicable) _____ Dated: 8/29/2024    or ☐ Correspondence: Dated: _____

Received: 9/30/2024 _____ Regarding: Condition - WATER CONTAMINATION, WATER IS COMING OUT BROWN.
      Date

The attached grievance or correspondence is being returned for the following reasons:

---

**Additional information required:**

☐ Provide your original written Individual in Custody's Grievance, DOC 0046, including the counselor's response, if applicable.

☐ Provide a copy of the Response to Individual in Custody's Grievance, DOC 0047, including the Grievance Officer's and Chief Administrative Officer's response, to appeal; if timely.

☐ Provide dates when incidents occurred.

☐ Unable to determine nature of grievance or correspondence; submit additional specific information. Please return the attached grievance or correspondence with the additional information requested to: Administrative Review Board, 1301 Concordia Court, Springfield, IL 62794-9277

---

**Misdirected:**

☐ Contact your correctional counselor or Field Services regarding this issue.

☐ Request restoration of Statutory Sentence Credits to Adjustment Committee. If the request is denied by the facility, utilize the individual in custody grievance process outlined in Department Rule 504 for further consideration.

☐ Contact the Record Office with your request or to provide additional information.

☐ Personal property and medical issues are to be reviewed at your current facility prior to review by the Administrative Review Board.

☐ Address concerns in a letter to: Illinois Prisoner Review Board, 319 E. Madison St., Suite A, Springfield, IL 62706

---

**No further redress:**

☐ Award of Earned Discretionary Sentence Credit is a discretionary administrative decision; therefore, this issue will not be addressed further.

☐ Administrative transfer denials are discretionary administrative decisions; therefore, this issue will not be addressed further.

☐ Not submitted in the timeframe outlined in Department Rule 504; therefore, this issue will not be addressed further.

☐ Administrative Review Board received the appeal 30 days past date of Chief Administrative Officer's decision; therefore, this issue will not be addressed further.

☐ This office previously addressed this issue on _____
                                        Date

☐ No justification provided for additional consideration.

---

**Other** (specify): The facility response indicates that this is a duplicate grievance. Duplicate grievances are not specifically allowed for in DR504(F). Does not Follow the DR 504.830. It is inappropriate to file a new grievance on an already filed grievance. If grievance is finalized, submit to this office within time frames.

Completed by: Jon Loftus _____ _____ _____ 10/15/2024
                    Print Name                                     Signature                     Date

Assigned Grievance #/Institution: _____     Housing Unit: **3A**   Bed #: _____     EX. D 5#

1st Lvl rec: _____     2nd Lvl rec: _____

Date **8-29-24**   Individual in Custody (please print): **Dorenzo moore**   ID #: **m42635**   Race (optional): **Blk**

Present Facility: **Robinson**   Facility where grievance issue occurred: **Robinson**

**Nature of grievance:**

- ☐ Personal Property
- ☑ Staff Conduct
- ☑ Other (specify): __(Brown Water contamination) in Violation of (EPA IL.__
- ☐ Disciplinary Report
- ☐ Mail Handling
- ☐ Dietary
- ☐ Medical Treatment
- ☐ HIPAA
- ☐ ADA Disability Accommodation
- ☐ Restoration of Sentence Credit

Date of report _____     Facility where Issued _____

Note: Protective Custody Denials may be grieved immediately via the local administration on the protective custody status notification.

Complete: Attach a copy of any pertinent document (such as a Disciplinary Report, Search Record, etc.) **and place in the designated locked receptacle marked "grievance":**

> Counselor, unless the issue involves discipline, is deemed an emergency, or is subject to review by the Administrative Review Board
> Grievance Officer, only if the issue involves discipline at the present facility or issue not resolved by Counselor
> Chief Administrative Officer, only if EMERGENCY grievance
> Mail to Administrative Review Board, only if the issue involves protective custody, involuntary administration of psychotropic drugs, issues from another facility except medical and personal property issues, or issues not resolved by the Chief Administrative Officer.

Summary of Grievance (Provide information including a description of what happened, when and where it happened, and the name or identifying information for each person involved):

on the above Date at appox-time 8:35 to 9:05 Am during An Administration walk through for individual in custody Issue's I talked with warden Jennings about the water being Brown on the Dates 8-25-24, 8-26-24 and 8-27-24. in why their was no memo Issued or water Givin, then Jennings Pointed to the Black water container that was put on the wing that individual in

☐ Continued on reverse

**Relief Requested:**

I wont to be transferd and I will be seeking Damages for my Health Issues do to water contamination and the negligence

☐ Check only if this is an EMERGENCY grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self.

☐ Check if this is NOT an emergency grievance.

_Dorenzo moore_   **m42635**   **8-29-24**
Individual in Custody's Signature   ID#   Date

(Continue on reverse side if necessary)

**Counselor's Response** (if applicable)   Date Received: **8-10-24** ☐ ☑ Send directly to Grievance Officer

☐ Outside jurisdiction of this facility. Send to: Administrative Review Board, PO Box 19277, Springfield, IL 62794-9277

Response:

This has already been answered on K42-0824-1691 turn into 2nd level if your unhappy.

_____ Print Counselor's Name     _____ Sign Counselor's Name     _____ Date

Note to Individual in custody: If you disagree with the counselor's response, it is your responsibility to forward grievance with counselor's response to the grievance officer.

RECEIVED
SEP 3 0 2024
ADMINISTRATIVE
REVIEW BOARD

**EMERGENCY REVIEW:**   Date Received: _____

Is this determined to be of an emergency nature:

☐ Yes, expedite emergency grievance
☐ No, an emergency is not substantiated. Individual in custody should submit this grievance according to standard grievance procedure

_____ Chief Administrative Officer's Signature     _____ Date

Distribution: Master File; Individual in Custody     Page 1 of 2     DOC 0046 (Rev. 8/2023)

EX. D #6

TO: whom
From: Lorenzo moore #M426035

I am sending this grievance to the
Administrative Review board now because
Robinson C. center refuse to send this
grievance to the second level.
Stating that this grievance have already
Been answerd to, But its not tru, they also
stated if Im unhappy I can turn it into
the 2nd level in which Im beeing Denied
from Doing. as you will See this grievance
is about me talking to the warden about
the water Being Brown and why was
there No memo or no notification from
the Administration telling individual in
Custody what going on or why was I
Given water to Drink why the water
was Brown from 8-25-24 to 8-27-24
Please read grievance.

Respectfully Submitted
X Lorenzo moore
9-25-24
DATE

RECEIVED

SEP 30 2024

ADMINISTRATIVE
REVIEW BOARD



EXhibit
E-1-

# The Illinois Department of Corrections

1301 Concordia Court, P.O. Box 19277 • Springfield, IL 62794-9277 • (217) 558-2200 TDD: (800) 526-0844

Name: Moore, Dorenzo

3/20/25
Date

ID# : M42635

Facility: Robinson

This is in response to your grievance received on 11/1/24, 11/26/24, 1/13/25. This office has determined the issue will be addressed without a formal hearing. A review of the Grievance, Grievance Officer/CAO response to the grievance has been conducted. For a grievance that is direct review by the ARB, a review of the Grievance has been conducted. K42-1024-2067

Your issue regarding: Grievance dated: 9/6/24, 10/9/24 10/22/24 Grievance Number: K42-0924-1774 Griev Loc: ROB
K42-1024-1967

- ☐ Medical _____
- ☐ Dietary _____
- ☐ Personal Property _____
- ☐ Mailroom/Publications _____
- ☐ Staff Conduct _____
- ☐ Commissary / Trust Fund _____
- ■ Conditions (cell conditions, cleaning supplies, etc.) brown water on the HU and it may be causing grievant health issues
- ☐ Disciplinary Report: Dated: _____ Incident # _____
- ☐ Other _____

**Based on a review of all available information, this office has determined your grievance to be:**

- ☐ Affirmed

  _____

- ☐ Denied, in accordance with DR504F, this is an administrative decision.

- ■ Denied, this office finds the issue was appropriately addressed by the facility Administration.

- ☐ Denied as the facility is following the procedures outlined in DR525.

- ☐ Denied as procedures were followed in accordance with DR 420 for removal/denial from/for an assignment.

- ☐ Denied as this office finds no violation of the grievant's due process in accordance with DR504.80 and DR504.30. This office is reasonably satisfied the offense cited in the report was committed.

- ■ Other: Grievant should sign up for Nurse sick call if grievant is feeling sick.

_____

FOR THE BOARD: _____
Jon Loftus
Administrative Review Board

CONCURRED: _____
Latoya Hughes
Director

CC: Warden, Robinson _____ Correctional Center
Moore, Dorenzo _____, ID# M42635

Mission. To serve justice in Illinois and increase public safety by promoting positive change for those in custody, operating successful reentry programs, and reducing victimization

www.illinois.gov/idoc

EX, E, #2

**ILLINOIS DEPARTMENT OF CORRECTIONS**
**Individual in Custody's Grievance**

| Date: 9-6-24 | Individual in Custody (please print): Dorenzo Moore | ID #: M42635 | Race (optional): BLK / Brown |
|---|---|---|---|

| Present Facility: Robinson | Facility where grievance issue occurred: Robinson |
|---|---|

**Nature of grievance:**

- [ ] Personal Property
- [x] Staff Conduct
- [ ] Other (specify): Brown Water Contamination
- [ ] Disciplinary Report

- [ ] Mail Handling
- [ ] Dietary

- [ ] Medical Treatment
- [ ] HIPAA

- [ ] ADA Disability Accommodation
- [ ] Restoration of Sentence Credit

Date of report _____    Facility where issued _____

Note: Protective Custody Denials may be grieved immediately via the local administration on the protective custody status notification.

Complete: Attach a copy of any pertinent document (such as a Disciplinary Report, Search Record, etc.) and place in the designated locked receptacle marked "grievance":

Counselor, unless the issue involves discipline, is deemed an emergency, or is subject to review by the Administrative Review Board.
Grievance Officer, only if the issue involves discipline at the present facility or issue not resolved by Counselor
Chief Administrative Officer, only if EMERGENCY grievance
Mail to Administrative Review Board, only if the issue involves protective custody, involuntary administration of psychotropic drugs, issues from another facility except medical and personal property issues, or issues not resolved by the Chief Administrative Officer.

Summary of Grievance (Provide information including a description of what happened, when and where it happened, and the name or identifying information for each person involved):

on the Above date Approx time 10:00am I noticed the wate
was Dark Brown in the Sink and toilet of house nuit 3A,
At 7:18pm to 7:35pm I went in told unit C/o miller whom
came in looked At the water being Brown in the Sink and
toilet, I also went the camera footage saved from that
time for Proof C/o miller is a witness to it along with other
individual in custody, their have been nothing Done

☐ Continued on reverse

**Relief Requested:**

I want to be remedy for me health Problem caused
Because of Serving Denial and negligence and I
want to be transfered to a safe facility

- [ ] Check only if this is an EMERGENCY grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self.

- [ ] Check if this is NOT an emergency grievance.

Individual in Custody's Signature    ID# M42635    Date 9-6-24

(Continue on reverse side if necessary)

**Counselor's Response (if applicable)**    Date Received: 9/9/24    [x] Send directly to Grievance Officer

- [ ] Outside jurisdiction of this facility. Send to: Administrative Review Board, PO Box 19277, Springfield, IL 62794-9277

**Response:**

Per Chief Engineer Schmidt, Robinson CC tests water daily and
the City of Robinson conducts water tests twice daily to ensure water
safety and quality

Print Counselor's Name: D. Yates CC//
Sign Counselor's Name: D. Yates    Date: 9/12/24
Fwd on 9.12.24 KA

Note to individual in custody: If you disagree with the counselor's response, it is your responsibility to forward grievance with counselor's response to the grievance officer.

**EMERGENCY REVIEW:**    Date Received: _____

Is this determined to be of an emergency nature:

- [ ] Yes, expedite emergency grievance
- [ ] No, an emergency is not substantiated. Individual in custody should submit this grievance according to standard grievance procedure

Chief Administrative Officer's Signature _____    Date _____

Ex, E, #3

Fwd on 10-21-24

KA 3A

ILLINOIS DEPARTMENT OF CORRECTIONS
## RESPONSE TO INDIVIDUAL IN CUSTODY'S GRIEVANCE

### Grievance Officer's Report

Date Received: 09/16/2024    Date of Review: 10/16/2024    Grievance #: K42-0924-1774

Individual in Custody Name: Moore, Dorenzo    ID#: M42635

**Nature of Grievance:**
Individual is grieving Staff Conduct and Other – "brown water contamination". He requests remedy for health problem and transfer to a safe facility.

**Facts Reviewed:**
Grievance Officer reviewed the grievance as written.

Correctional Counselor II P. Yates provided first level grievance response, "Per Chief Engineer Schmitt, Robinson CC tests water daily and the city of Robinson conducts water tests twice daily to ensure water safety and quality."

Individual claims that on 9/6/24 he noticed the water in the sink and toilet was brown. He indicates there was no memo put out warning that the water was not fit to drink.

Per WB #82-24, "Starting on Monday May 13, 2024, we will be implementing the new water softener system throughout the facility. This system has been installed to enhance the quality of our water supply and improve various aspects of daily life within our facility. Here is what you can expect: Improved Water Quality o The new water softener system will significantly reduce the hardness of our water supply, resulting in softer and more pleasant water for consumption, showering and general use." "Adjustment Period o During the initial implementation phase, there may be some minor adjustments as we fine-tune the system to ensure optimal performance." Per WB #60-22, the flushing of hydrants may cause discoloration of the water but will not affect the quality of the water.

Per AD 04.03.103, "Offenders shall be informed of the following: (1) All offenders may participate in sick call; and (2) The procedures for gaining access to health care services." The Robinson Correctional Center Orientation Manual provides, "Individuals in custody may attend RN Sick Call by filling out an Individual in Custody Request (Requests) and placing it in the Nurse Sick Call box

**Recommendation:**
Based upon a reivew of all available information, this Grievance Officer recommends this grievance be denied. Per Counselor Yates response from Chief Engineer Schmitt, Robinson CC tests water daily. Water softener system was implemented in May 2024 to enhance the quality of water. Per WB #60-22, if water is discolored due to hydrant flushing the water quality remains unchanged. Individual may access nurse sick call per AD 04.03.103.

H. Gurley CCII

_____    _____
Print Grievance Officer's Name    Grievance Officer's Signature
(Attach a copy of Individual in Custody's Grievance, including counselor's response if applicable)

### Chief Administrative Officer's Response

Date Received: 10.21.24    ☑ I concur    ☐ I do not concur    ☐ Remand

**Action Taken:**

_____    10.21.24
Chief Administrative Officer's Signature    Date

### Individual in Custody's Appeal To The Director

I am appealing the Chief Administrative Officer's decision to the Director. I understand this appeal must, within 30 days after the date of the Chief Administrative Officer's decision, be received by the Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277. (Attach a complete copy of the original grievance, including the counselor's response if applicable, and any pertinent documents.)

_____    M42635    10-28-24
Individual in Custody's Signature    ID#    Date


Ex. 5.9

assigned Grievance #/Institution: KU2-1024-2067   Housing Unit: 34   Bed #

JM

st Lvl rec: 10-24-24 Cond-86   ILLINOIS DEPARTMENT OF CORRECTIONS   2nd Lvl rec: 10-31-24 KG
**Offender's Grievance**

| Date: 10-22-24 | Offender (please print): Dorenzo Moore | ID #: M42635 | Race (optional): BLK |
| Present Facility: Robinson | | Facility where grievance issue occurred: Robinson | |

**Nature of grievance:**

- [ ] Personal Property
- [✓] Staff Conduct
- [ ] Transfer Denial by Facility
- [ ] Disciplinary Report

- [ ] Mail Handling
- [ ] Dietary
- [✓] Other (specify): Brown Drinking water

- [ ] Medical Treatment
- [ ] HIPAA

- [ ] ADA Disability Accommodation
- [ ] Restoration of Sentence Credit

Date of report _____   Facility where issued _____

**Note:** Protective Custody Denials may be grieved immediately via the local administration on the protective custody status notification.

Complete: Attach a copy of any pertinent document (such as a Disciplinary Report, Search Record, etc.) and place in the designated locked receptacle marked "grievance":

Counselor, unless the issue involves discipline, is deemed an emergency, or is subject to review by the Administrative Review Board
Grievance Officer, only if the issue involves discipline at the present facility or issue not resolved by Counselor
Chief Administrative Officer, only if EMERGENCY grievance
Mail to Administrative Review Board, only if the issue involves protective custody, involuntary administration of psychotropic drugs, issues from another facility except medical and personal property issues, or issues not resolved by the Chief Administrative Officer.

Summary of Grievance (Provide information including a description of what happened, when and where it happened, and the name or identifying information for each person involved):

On the above Date at Approx. time 10:30am the water in the sink and toilet was Brown again, at 11:13 AM I showed C/o shanes in nut 3-A in which I want the camera footage saved he saw the water was Brown and told me they was flussing hydrants, I stated that I was told the same thing two weeks ago by Sgt Yorky then C/o shanes stated that he Drinks

[ ] Continued on reverse

**Relief Requested:**

To be remedy for health Issue do to the negligence By warden chad Jennings I want him fired or sent to A safe facility

[ ] Check only if this is an EMERGENCY grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self.

[ ] Check if this is NOT an emergency grievance.

Offender's Signature: Doriy Moore   ID#: M42635   Date: 10-22-24

(Continue on reverse side if necessary)

**Counselor's Response** (if applicable)   Date Received: 10/23/24 py   [✓] Send directly to Grievance Officer

[ ] Outside jurisdiction of this facility. Send to: Administrative Review Board, PO Box 19277, Springfield, IL 62794-9277

Response: Per Chief Engineer Schmidt, Robinson CC test water daily, and the City of Robinson conducts water tests twice daily to ensure safety and quality

Per DR 504.830 This is a no merit/duplicate grievance. KH2-0924-1774 Has already been answered.

| Murphy | Murphy | 10-25-24 |
| Print Counselor's Name | Sign Counselor's Name | Date |

Fwd 10-25-24 KA

Note to offender: If you disagree with the counselor's response, it is your responsibility to forward grievance with counselor's response to the grievance officer.

**EMERGENCY REVIEW:**   Date Received: _____

Is this determined to be of an emergency nature:

[ ] Yes, expedite emergency grievance
[ ] No, an emergency is not substantiated. Offender should submit this grievance according to standard grievance procedure

_____
Chief Administrative Officer's Signature   Date _____

DOC 0046 (Rev. 01/2020)

EX, E, 5

*twd on 12.12.24*
*KA 3A*

| **Grievance Officer's Report** |
|---|

**Date Received:** 10/31/2024    **Date of Review:** 12/05/2024    **Grievance #:** K42-1024-2067

**Individual in Custody Name:** Moore, Dorenzo    **ID#:** M42635

**Nature of Grievance:**

Individual Moore is grieving that the water in the housing unit was running brown, and he is being told he can drink the brown water without being harmed, but states he is experiencing health problems. Grievant requests all water testing records, that the warden be fired, and transferred to a safer facility.

**Facts Reviewed:**

This grievance officer has reviewed the grievance as written and the counselor response.

This grievance was initially answered at the first level by Temporarily Assigned Correctional Counselor I (TACCI) J. Murphy. Per TACCI Murphy, "Per Chief Engineer Schmidt, Robinson CC [Correctional Center] tests water daily, and the City of Robinson conducts water tests twice daily to ensure safety and quality. Per DR 504.830, this is a no merit/duplicate grievance. K42.0924.1774 has already been answered."

Regarding the water quality at Robinson CC, Per DR504F Section 504.830 (a) "No merit grievances include grievances that: 1) Have previously been addressed for which there is no additional information."

There is no evidence to support allegations of misconduct or negligence by the warden or an unsafe environment.

To request documents regarding water testing and water quality, please submit a Freedom of Information Act (FOIA) request to the FOIA Liaison at Robinson CC.

**Recommendation:**

Based upon review of all available information, this grievance officer recommends that the following grievance be denied partially without merit. Per DR504F Section 504.830 (a) "No merit grievances include grievances that: 1) Have previously been addressed for which there is no additional information." There is no evidence to support allegations of misconduct or an unsafe environment. Grievant can send a FOIA Request to request water testing and quality documents.

Kaycee Gosnell CCII

**Kaycee Gosnell** Digitally signed by Kaycee Gosnell Date: 2024.12.05 15:39:54 -06'00'

Print Grievance Officer's Name                    Grievance Officer's Signature

(Attach a copy of Individual in Custody's Grievance, including counselor's response if applicable)

| **Chief Administrative Officer's Response** |
|---|

**Date Received:** 12/12/24    ☒ I concur    ☐ I do not concur    ☐ Remand

**Action Taken:**

_____                    12/12/24
Chief Administrative Officer's Signature                    Date

| **Individual in Custody's Appeal To The Director** |
|---|

I am appealing the Chief Administrative Officer's decision to the Director. I understand this appeal must, within 30 days after the date of the Chief Administrative Officer's decision, be received by the Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277. (Attach a complete copy of the original grievance, including the counselor's response if applicable, and any pertinent documents.)

_Dorenzo Moore_                    M42635    1-7-25
Individual in Custody's Signature                    ID#    Date

**ILLINOIS DEPARTMENT OF CORRECTIONS**
**Offender's Grievance**

t Lvl rec: 10-11-24  Cord-86    2nd Lvl rec: 10-18-24 16

Ex. 56

| ate: 10-9-24 | Offender (please print): Lorenzo Moore | ID #: M42635 | Race (optional): Blk |
|---|---|---|---|
| resent Facility: Robinson | | Facility where grievance issue occurred: Robinson | |

**ature of grievance:**

- ☐ Personal Property
- ☑ Staff Conduct
- ☐ Transfer Denial by Facility
- ☐ Disciplinary Report
- ☐ Mail Handling
- ☐ Dietary
- ☐ Other (specify): Brown Drinking Water
- ☐ Medical Treatment
- ☐ HIPAA
- ☐ ADA Disability Accommodation
- ☐ Restoration of Sentence Credit

Date of report _____ Facility where issued _____

**Note:** Protective Custody Denials may be grieved immediately via the local administration on the protective custody status notification.

omplete: **Attach a copy of any pertinent document** (such as a Disciplinary Report, Search Record, etc.) **and place in the designated cked receptacle marked-"grievance":**

Counselor, unless the issue involves discipline, is deemed an emergency, or is subject to review by the Administrative Review Board
Grievance Officer, only if the issue involves discipline at the present facility or issue not resolved by Counselor
Chief Administrative Officer, only if EMERGENCY grievance
Mail to Administrative Review Board, only if the issue involves protective custody, involuntary administration of psychotropic drugs, issues from another facility except medical and personal property issues, or issues not resolved by the Chief Administrative Officer.

ummary of Grievance (Provide information including a description of what happened, when and where it happened, and the name or identifying information for ach person involved):

from the Dates of Sept 27, 28, 29, 30 to Oct. 6, 7, 8, 9 which is the Above Date this water Keep going from Dark Brown to light Brown. their have not bee any memo's notifying me or other individual in Custody, I have not received any water or option to have clean Drinking water, on Above Date warden Jennings and other Administrative officals came to nouse unit 3-N at 8:30am to 9:00am I was informed that

☐ Continued on reverse

**Relief Requested:**

if this water can not be fixed I wont to be given 8 Bottles of water A week or transferd to other facility / I was be SEEKing Compensation for my health Issue I'm going through do to this Brown Drinking water / and be negligent by not notifying me and lieing about it to me

☐ Check only if this is an **EMERGENCY** grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self.

☐ Check if this is **NOT** an emergency grievance.

Offender's Signature _____ ID# M42635 _____ Date 10-9-24

(Continue on reverse side if necessary)

**Counselor's Response** (if applicable)   Date Received: 10/10/24 pq   ☑ Send directly to Grievance Officer

☐ Outside jurisdiction of this facility. Send to: Administrative Review Board, PO Box 19277, Springfield, IL 62794-9277

Response:
Per Chief Engineer Schmidt, RCC tests water daily, and the City of Robinson conducts water tests twice daily to ensure water safety and quality.

_____ Murphy _____ Murphy _____ 10-15-24
Print Counselor's Name _____ Sign Counselor's Name _____ Date
Fwd m 10.16.24 KA

**Note to offender:** If you disagree with the counselor's response, it is your responsibility to forward grievance with counselor's response to the grievance officer.

**EMERGENCY REVIEW:**   Date Received: _____

Is this determined to be of an emergency nature:

☐ Yes, expedite emergency grievance
☐ No, an emergency is not substantiated.   Offender should submit this grievance according to standard grievance procedure

_____ Chief Administrative Officer's Signature _____ Date

DOC 0046 (Rev. 01/2020)

*fwd on 11·13·24*
*KA 3A*

*Ex. E 7*
*6 8*

## Grievance Officer's Report

| | | |
|---|---|---|
| Date Received: 10/18/2024 | Date of Review: 11/06/2024 | Grievance #: K42-1024-1967 |

Individual in Custody Name: Moore, Dorenzo    ID#: M42635

**Nature of Grievance:**

Individual Moore is grieving that the water at Robinson Correctional Center is brown and causing him to have a sore throat, rashes, sores, and pain. Grievant requests to receive 8 bottles of water a week or transferred to a different facility, and compensation for health issues caused by brown water.

**Facts Reviewed:**

This grievance officer has reviewed the grievance as written and the counselor response.

This grievance was initially answered at the first level by Temporarily Assigned Correctional Counselor I (TA CC I) J. Murphy. Per TA CCI Murphy, "Per Chief Engineer Schmidt, Robinson Correctional Center tests water daily. The City of Robinson conducts water tests twice daily to ensure water safety and quality."

Per Warden's Bulletin #45-23, Notice of Change in Status to Non-Exempt Community Water Supply, "Robinson Correctional Center CWS [Community Water Supply] is now required to conduct drinking water quality monitoring and employ a Certified Drinking Water Operator."

The grievance process is not to be utilized to request a transfer. To request a transfer, please see your housing unit counselor.

Compensation and damages cannot be awarded through the grievance process and can only be done through the court systems by a Judge.

**Recommendation:**

Based upon review of all available information, this grievance officer recommends that the following grievance be denied. Robinson Correctional Center water is tested daily, as required. Compensation and damages cannot be awarded through the grievance process and can only be done through the court systems by a Judge.

| | |
|---|---|
| Kaycee Gosnell CCII | **Kaycee Gosnell** Digitally signed by Kaycee Gosnell Date: 2024.11.06 13:53:35 -06'00' |
| Print Grievance Officer's Name | Grievance Officer's Signature |

(Attach a copy of Individual in Custody's Grievance, including counselor's response if applicable)

## Chief Administrative Officer's Response

Date Received: 11·12·24    ☒ I concur    ☐ I do not concur    ☐ Remand

**Action Taken:**

| | |
|---|---|
| _Chief Administrative Officer's Signature_ | 11·12·24 Date |

## Individual in Custody's Appeal To The Director

I am appealing the Chief Administrative Officer's decision to the Director. I understand this appeal must, within 30 days after the date of the Chief Administrative Officer's decision, be received by the Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277. (Attach a complete copy of the original grievance, including the counselor's response if applicable, and any pertinent documents.)

| | | |
|---|---|---|
| _Dorenzo Moore_ | M42635 | 11-15-24 |
| Individual in Custody's Signature | ID# | Date |



## The Illinois Department of Corrections

1301 Concordia Court, P.O. Box 19277 • Springfield, IL 62794-9277 • (217) 558-2200 TDD: (800) 526-0844

Name: MOORE,DORENZO

8/7/25
Date

ID# : M42635

Facility: ROB

This is in response to your grievance received on __7/23/2025__ . This office has determined the issue will be addressed without a formal hearing. A review of the Grievance, Grievance Officer/CAO response to the grievance has been conducted. For a grievance that is direct review by the ARB, a review of the Grievance has been conducted.

Your issue regarding: Grievance dated: __1/16/2025__   Grievance Number: __K42-0125-0107__  Griev Loc: __ROB__

☐ Medical _____

☐ Dietary _____

☐ Personal Property _____

☐ Mailroom/Publications _____

☐ Staff Conduct _____

☐ Commissary / Trust Fund _____

☑ Conditions (cell conditions, cleaning supplies, etc.)  __1/16/25 claims water is brown and lack of protocol.__

☐ Disciplinary Report: Dated: _____  Incident # _____

☐ Other _____

**Based on a review of all available information, this office has determined your grievance to be:**

☐ Affirmed

☐ Denied, in accordance with DR504F, this is an administrative decision.

☑ Denied, this office finds the issue was appropriately addressed by the facility Administration.

☑ Other: Video footage request was forwarded to Internal Affairs.

☐ Denied as the facility is following the procedures outlined in DR525.

☐ Denied as procedures were followed in accordance with DR 420 for removal/denial from/for an assignment.

☐ Denied as this office finds no violation of the grievant's due process in accordance with DR504.80 and DR504.30. This office is reasonably satisfied the offense cited in the report was committed.

FOR THE BOARD: _____
Michael Clemons
Administrative Review Board

CONCURRED: _____
Latoya Hughes
Director

CC: Warden, __ROB__ _____ Correctional Center
MOORE,DORENZO _____ , ID# M42635

*Mission: To serve justice in Illinois and increase public safety by promoting positive change for those in custody, operating successful reentry programs, and reducing victimization.*

**www.illinois.gov/idoc**

Assigned Grievance #/Institution: KR-0125-N107

Housing Unit: 3A    Bed #: EX, F, 2

1st Lvl rec: 1-22-25 and -8b

**ILLINOIS DEPARTMENT OF CORRECTIONS**
**Individual in Custody's Grievance**

2nd Lvl rec: 1-29-25 KG

| Date: 1-16-25 | Individual in Custody (please print): Dorenzo Moore | ID #: m42635 | Race (optional): Blc |

| Present Facility: Robinson | Facility where grievance issue occurred: Robinson |

**Nature of grievance:**

- [ ] Personal Property
- [✓] Staff Conduct
- [ ] Other (specify): Brown Water
- [ ] Disciplinary Report

- [ ] Mail Handling
- [ ] Dietary

- [ ] Medical Treatment
- [ ] HIPAA

- [ ] ADA Disability Accommodation
- [ ] Restoration of Sentence Credit

Date of report _____    Facility where issued _____

Note: Protective Custody Denials may be grieved immediately via the local administration on the protective custody status notification.

**Complete: Attach a copy of any pertinent document** (such as a Disciplinary Report, Search Record, etc.) and place in the designated locked receptacle marked "grievance":

  Counselor, unless the issue involves discipline, is deemed an emergency, or is subject to review by the Administrative Review Board
  Grievance Officer, only if the issue involves discipline at the present facility or issue not resolved by Counselor
  Chief Administrative Officer, only if EMERGENCY grievance
  Mail to Administrative Review Board, only if the issue involves protective custody, involuntary administration of psychotropic drugs, issues from another facility except medical and personal property issues, or issues not resolved by the Chief Administrative Officer.

**Summary of Grievance** (Provide information including a description of what happened, when and where it happened, and the name or identifying information for each person involved):

On the above Date Approx. time 6:00pm the water is Back Brown At 6:15 to 6:30pm I Notified my Unit 3-A C/o Brown he looked at the Brown/Rusted looking water in said all he can Do is Put in A work order. I asked him why he not writing A incident Report Documenting it, then I asked him what is the Protocol for Brown water he could not tell me. then Lt Kid came in and looked At it

- [ ] Continued on reverse

**Relief Requested:**

Do to the lack Protocol and negligence of Staff Do to Contaminated/water exposer I want to be transfered to A Safe facility. Legal Action will be taken for this issue

- [ ] Check only if this is an EMERGENCY grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self.

- [ ] Check if this is NOT an emergency grievance.

| Individual in Custody's Signature: Dorenzo Moore | ID# m42635 | Date: 1-16-25 |

(Continue on reverse side if necessary)

**Counselor's Response (if applicable)**    Date Received: 1-17-25 /m    [✓] Send directly to Grievance Officer

- [ ] Outside jurisdiction of this facility. Send to: Administrative Review Board, PO Box 19277, Springfield, IL 62794-9277

**Response:**

Per Chief Engineer: Robinson CC tests water daily and the city of Robinson conducts water tests twice daily to ensure water safety and quality.

| Murphy | Murphy | 1-22-25 |
| Print Counselor's Name | Sign Counselor's Name | Date |

1-23-25 KA

Note to individual in custody: If you disagree with the counselor's response it is your responsibility to forward grievance with counselor's response to the grievance officer.

**EMERGENCY REVIEW:**    Date Received: _____

This determined to be of an emergency nature:

- [ ] Yes, expedite emergency grievance
- [ ] No, an emergency is not substantiated. Individual in custody should submit this grievance according to standard grievance procedure

| Chief Administrative Officer's Signature _____ | Date _____ |

In said all we can Do is keep the water runing. There is no Protocol in Place here to Protect me from being exposed to contaminated water. The lack of not helping Proper Protocol in Place to Protect me from exposer to Contaminated water, is an 8 amendment Violation By Clo Brown and LT Kid not writing a incident and Report in lack of ████████ Providing me with Drinking water shows there cover up or not careing about Doing there Job, is negligence.

And I want the camera footage saved for is Date Appox. time 6:15 to 6:50 pm to Show the Unit Clo Brown and LT Kid had direct knowledge of the exposer.

EX F.#3

Fwd on 7.10.25
KA 3A

ILLINOIS DEPARTMENT OF CORRECTIONS
## RESPONSE TO INDIVIDUAL IN CUSTODY'S GRIEVANCE

| Grievance Officer's Report | | |
|---|---|---|

**Date Received:** 01/29/2025    **Date of Review:** 07/02/2025    **Grievance #:** K42-0125-0107

**Individual in Custody Name:** Moore, Dorenzo    **ID#:** M42635

**Nature of Grievance:**

Individual is grieving brown water and lack of protocol for brown water. Grievant is requesting to be transfered to a safe facility.

**Facts Reviewed:**

This grievance officer has reviewed the grievance as written and the counselor response.

This grievance was initially answered at the first level by Temporary Assignment Correctional Counselor I (CC I T/A) J. Murphy. Per CCI T/A Murphy, "Per Chief Engineer Schmidt, Robinson Correctional Center tests water daily. The City of Robinson conducts water tests twice daily to ensure water safety and quality."

Be advised that transfers are not initiated via DR504F and the grievance process. Robinson Correctional Center follows current Illinois Environmental Protection Agency (IEPA) guidelines.

**Recommendation:**

Based upon review of all available information, this grievance officer recommends that the following grievance be denied. Transfers are not initiated via DR504F and the grievance process. Per Chief Engineer Schmidt, Robinson Correctional Center tests water daily. The City of Robinson conducts water tests twice daily to ensure water safety and quality. Robinson Correctional Center follows current Illinois Environmental Protection Agency (IEPA) guidelines.

Jeremy Hendrix

**Jeremy Hendrix** Digitally signed by Jeremy Hendrix Date: 2025.07.02 10:38:50 -05'00'

_____
Print Grievance Officer's Name

Grievance Officer's Signature

(Attach a copy of Individual in Custody's Grievance, including counselor's response if applicable)

| Chief Administrative Officer's Response | | |
|---|---|---|

**Date Received:** 07.09.2025    ☑ I concur    ☐ I do not concur    ☐ Remand

**Action Taken:**

Chad Jenns

Chief Administrative Officer's Signature

07.09.2025
Date

| Individual in Custody's Appeal To The Director | | |
|---|---|---|

I am appealing the Chief Administrative Officer's decision to the Director. I understand this appeal must, within 30 days after the date of the Chief Administrative Officer's decision, be received by the Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277. (Attach a complete copy of the original grievance, including the counselor's response if applicable, and any pertinent documents.)

Dorenzo Moore

m42635    7-15-25

Individual in Custody's Signature    ID#    Date

Distribution:  Master File; Individual in Custody

Page 1
Printed on Recycled Paper

DOC 0047 (Rev. 9/2022)

I Dorenzomoore x do hereby declare and affirm that the following information within this Affidavit is true and correct in substance and in facts.

This AFFIDAVIT is to ██████ high light the fact I Been for 2 in a half year in since I Been here the water have Been Brown A week or two out of every month so much so that my Hot Pot is Stained Brown From the water. I believe its Contaminated as of Today 4-26-25 I found out through a friend on the Phone call that Robinson c center water have Been Contaminated since 2011 to Now 2025 ph Scales at 7.7 minerals Damages with Kidney and Liver Problems it have 27 known contaminantes in it and that Robinson in the Surrounding towns was under boil order to not Drink water from April-11-2025 to Today April 26-25 their was no notice From Robinson warden or Staff in at Deitary today Robinson Put up A E.P.A notice about the high level in the water, they Put it in Spanish so it would go unnotice, when 95% Percent of individual in custody speak English I have a copy of that notice that would be add with this. I Know my health in Safety here at Robinson is at risk do to warden Jennings in his staff they are not trying to Protect me but harm me by not notifying me or giving me Proper Bottle Drinking water, But exposing me to harm ful Contaminantes in the water.

Pursuant to 28 USC 1746, 18 USC 1621 or 735 ILSC 5/1-109, I declare, under penalty of perjury, that everything contained herein is true and accurate to the best of my knowledge and belief. I do declare and affirm that the matter at hand is not taken either frivolously or maliciously and that I believe the foregoing matter is taken in good faith.

Signed on this 26 day of April, 2025

_Dorenzomoore_
Affiant

1-of-2





# AVISO DE SALUD PÚBLICA - LEA INMEDIATAMENTE

## ¿Por qué recibí este aviso?

Se han detectado una o más sustancias perfluoroalquiladas y polifluoroalquiladas (PFAS) en su sistema de agua comunitaria a niveles que superan los estándares de calidad del agua subterránea (potable) del Código Administrativo de Illinois, Parte 620, Clase I.

## ¿Qué son las PFAS?

Las PFAS son productos químicos sintéticos fabricados por sus propiedades resistentes al aceite y al agua. Las PFAS son omnipresentes. Las PFAS se han utilizado en procesos industriales desde la década de 1940 y se encuentran en muchos productos de consumo cotidiano (envases de alimentos, utensilios de cocina antiadherentes (non-stick), alfombras, tapicería, ropa y cosméticos).

## ¿Cómo entran las PFAS al medio ambiente?

Las PFAS pueden ingresar al medio ambiente, incluidas las aguas subterráneas, por una variedad de vías, incluidos derrames, fugas y la eliminación de productos que contienen PFAS, así como a través de procesos industriales y plantas de tratamiento de aguas residuales. La literatura científica actual indica que las personas están más expuestas a las PFAS al ingerir alimentos y agua contaminados. Las PFAS no tienen sabor, color ni olor en el agua potable.

## ¿Cómo afectan las PFAS a la salud humana?

Las PFAS pueden acumularse en el cuerpo humano con el tiempo. Según la EPA de EE. UU., los estudios científicos actuales revisados por pares han identificado efectos adversos a la salud por la exposición a PFAS que pueden incluir:

- efectos reproductivos como disminución de la fertilidad y presión arterial alta en mujeres embarazadas;
- efectos al desarrollo de los niños como bajo peso al nacer;
- mayor riesgo de desarrollar ciertos tipos de cáncer, incluidos los cánceres de próstata, riñón y testículos;
- reducción de la capacidad del sistema inmunitario del cuerpo para combatir las infecciones, incluida la reducción de la respuesta a las vacunas;
- interferencia con las hormonas naturales del cuerpo;
- mayor riesgo de enfermedad tiroidea; y
- Aumento de los niveles de colesterol y/o riesgo de obesidad.

La exposición a las PFAS no significa necesariamente que una persona vaya a experimentar efectos adversos a su salud. Los posibles efectos sobre la salud de las PFAS dependen de numerosos factores, incluido el grado de exposición, por lo que es importante minimizar la exposición a las PFAS.

2125 S. First Street, Champaign, IL 61820 (217) 278-5800          595 S. State Street, Elgin, IL 60123 (847) 608-3131
115 S. LaSalle Street, Suite 2203, Chicago, IL 60603               2309 W. Main Street, Suite 116, Marion, IL 62959 (618) 993
1101 Eastport Plaza Dr., Suite 100, Collinsville, IL 62234 (618) 346-5120   412 SW Washington Street, Suite D, Peoria, IL 61602 (309) 6      722
9511 Harrison Street, Des Plaines, IL 60016 (847) 294-4000         4302 N. Main Street, Rockford, IL 61103 (815) 987-7760

PLEASE PRINT ON RECYCLED PAPER

STATE OF ILLINOIS )

               SS

COUNTY OF )

## AFFIDAVIT

I, _Michael Carter_ do hereby declare and affirm that the following information within this affidavit is true and correct in substance and in facts:

On 4/26/25 after Speaking with My Mother Denise Spencer, via Phonecall, I was informed that Robinson C.C. was Under a boil Order.

At No time was I informed about the boil Order nor, was drinkable water provided to Individuals In Custody.

Mrs. Denise Spencer (My Mother) informed Me, when I Complained about the Symptoms I'd suffered from, i.e., Sore throat, Stomach & testicle pains, that Robinson C.C. water had dangerous levels of Contaminants that pose a risk to health; damaging the Kidney, liver & Prostate.

This affidavit is a result of being informed by Our phone Call On 4/26/25. When the Administration fell to inform Me, Or provide drinkable Water. Forcing Me to drink water that pose a great risk to My health.

On 4/27/25 an hispanic Inmate informed Me that there was a notice Saying the water was Contaminated with, "PFAS".

As a result I testify to the facts Stated herein is true & factual & I am willing to Swear Under Oath to all the Above.



Pursuant to 28 USC 1746, 18 USC 1621 or 735 ILSC 5/1-109, I declare, under penalty of perjury, that everything contained herein is true and accurate to the best of my knowledge and belief. I do declare and affirm that the matter at hand is not taken either frivolously or maliciously and that I believe the foregoing matter is taken in good faith.

Signed on this _____ day of _____, 20____

_____ Affiant

STATE OF ILLINOIS )

           SS

COUNTY OF )

## AFFIDAVIT

I, Joshua R Young do hereby declare and affirm that the following information within this affidavit is true and correct in substance and in facts:

And this affidavit is in support to Mr. Moore #M42635 to his Civil Complant. I Joshua R Young #Y63674 is also Confined at Robinson C. Center and witness all the facts Im about to State.

1. On 09/06/24 and 09/07/24 The water was Brown ~~xxxx xxxxx xxxxx~~

2. on 08/27/24 The water was Brown

3. I also have Greievances over these Same Issues Grevance # K42-0824-1703, and # K42-0924-1785 and # K42-0924-1775

I have witnessed everything that Mr. Moore has expeareanced. I am also having bumps on my Skin and discoloring in my legs also breathing Problems. On the days the water IS not brown It is milky white.

In light of new evidence Im ~~xxxx~~ adding to my Affidavit on 4/28/25. ~~xx~~ Robinson City had a Boil Order from march 1st to April 26, 2025, and Robinson C. Center uses the Same water the City uses. At no point did Robinson C. Center/warden Chad Jennings notify me of this. There was no memo highlighting the water was unsafe to Drink, on April 26 at Deitary Robinson C. Center Put up a IL. E.P.A. In Spanish Notice about the contaminantes In the water and its levels also the harmful Damages It Causes. But Robinson C. Center did nothing to Stop my exposure to these contaminates.



Pursuant to 28 USC 1746, 18 USC 1621 or 735 ILSC 5/1-109, I declare, under penalty of perjury, that everything contained herein is true and accurate to the best of my knowledge and belief.  I do declare and affirm that the matter at hand is not taken either frivolously or maliciously and that I believe the foregoing matter is taken in good faith.

Signed on this 14 day of Jan , 20 25

_____ Affiant

2-of-2

STATE OF ILLINOIS )

)SS

COUNTY OF )

## AFFIDAVIT

I, Edward Ross do hereby declare and affirm that the following information within this affidavit is true and correct in substance and in facts:

on the Day April-26-25 I was inform by family member Ross Madison that the water was contaminated here at Robinson and Crawford county & Jasper County By looking it up on the internet in saw that a Don't not Drink water & boil order was in effect from April-10-25 to today 4-26-25 I was not notified By Robinson c.Center warden Chad Jennings there was no boil order Put up here. for 16 teen Days I have been exposed to harm contaminantes. in Today Robinson Staff Posed on the Deitary walls A notice from the E.P.A about the water and they Put it in spanish when 90°/opercent of Robinson Speak English. it was Done on the last Day in spanish to hide it from individual in custody I feel that Robinson warden Jennings in his staff is not work in the ▮▮▮▮ forum of Protecting me my safety I feel I'm at risk with this contaminated water that is always Brown weeks out of Very month.

Pursuant to 28 USC 1746, 18 USC 1621 or 735 ICCS 5/1-109 I declare under Penalty of Perjury, that everything contained here in is ture and accurate to the Best of my Knowledge and belief. I do declare and affirm that the matter at hand is not taken either frivolously or maliciously and that I because the forgoing matter is taken in good faith.

Siged on this _____ day of _____

20___

Cur Rus 418315

Affiant

STATE OF ILLINOIS ) S.S.
County OF CRAWFORD )

SWORN AFFIDAVIT

I, Fabian Villagomez #R28825
do hereby declare and affirm that the
following information within this
Affidavit is true and correct in sub-
stance and in facts.

I declare that I, Fabian Villagomez
has been incarcerated at Robinson
Correctional Center since October 24,
2024. Since I've been here at Robinson
C.C. the water that "I" and all inmates
are forced to drink, wash cloths in
and bathe in is BROWN and Contaminated,
The water comes out Brown at leaste
two to three times a month. On April
26, 2025 I had to read a E.P.A. Notice
that was in spanish to most of my peers
that don't read spanish, including my
roommate's Dorenzo Moore # M42635
and Joshua Young # Y63674. The

(NEXT PAGE→)

E.P.A. Notice clearly states that the water at Robinson Correctional Center is in fact Contaminated. I know that my health and all inmates here at Robinson C.C. health is at risk because of the acts and ommissions of Warden Jennings and (his) staff including his policies. We are all being exposed to harmful Contaminantes including "PFAS" which is known to cause cancer and major health problems.

Pursuant to 28 USC 1746, 18 USC 1621 or 735 ILCS 5/1-109, I Declare, under penalty of perjury, that everything contained herein is true and accurate to the best of my knowledge and belief. I do declare and affirm that the matter at hand is not taken either frivolously or maliciously and that I believe the foregoing matter is taken in good faith.

Signed on this 28 day of April 2025.

Fabian Villagomez — Fabian Villagomez (Affiant)

# AFFIDAVIT

I, <u>Lorenzo moore</u> x do hereby declare and Affirm that the following information within this affidavit is true and correct in substance and in facts: on 3-21-25 it started raining at 10:00pm by 12:00 AM 3-22-25 the water was Brown intil 5:3pm 3-22-25.

2.) on 4-1-25 water was Brown again from 9:00 AM to 9:00 pm

3.) on 4-2-25 water was Back Brown at 8:00 AM, at 8:25 I spoke with warden chad Jennings on an administrative walkthrough he look at the Brown water coming out the sink and in tiolet and did nothing about it. it stoped at 4-3-25 At 10:00 Am.

4.) on 4-16-25 water was Back Brown at 8:20 Am in sink and tiolet it stop 4-18-25 at 2:00 pm.

5.) on 4-22-25 water was Back Brown at 8:00 AM as I was Getting ready for med line C/o shane was the officer I shown it to and it stop at 4:00pm same day.

Tracking of Brown water Here at Robinson correctional center.

Pursuant to 28 USC 1746, 18 USC 1621 or 735 ILSC 5/1-109, I declare under Penalty of PerJury, that everything contained herein is true and accurate to the best of my Knowledge and belief.

I do declare and affirm that the matter at hand is not taken either frivolously or maliciously and that I believe the foregoing matter is taken in good faith.

Signed on this ___30___ day of ___April___ ___2025___

_Jeremy mame___
Affiant

STATE OF ILLINOIS )

                        SS

COUNTY OF CRAWFORD )

## AFFIDAVIT

I, JAmes KyLes            do hereby declare and affirm that the following
information within this affidavit is true and correct in substance and in facts:

the water Here In Robinson HAve Been Contaminated
for Several years. I wrote an grievance In april of 2023
grievance #23-0592E about water discoloration and white
particles floating in the water and currently 1s years later.
this Is a major Issue and Serrious RIsk to my Health and
every individual In custody Here at Robinson Health.
No steps Have Been Made to prevent from this Happening again. I HAD
problems with my stomach, throat, and A rash over my Body from the water.
No water Bottles HAve Been disbursed to us. see Also grevno V.
daley, 414 F. 3d 645, 654 (7th Cir. 2005). (finding that medical Staffs
"obdurate refusal" to change prisoner's treatment despite His Reports
that His medication was Not working and His Condition was worsening
Could Constitute deliberate indifference); Ramos V. lamm, 639 f. 2d
559, 575 (10th Cir. 1980). People V. estell. Cruel and unusual punishment
an 8th amendment violation.

I would Love for an outside entity Besides an I.D.O.C
worker to test/examine the water Here. Because I believe
It will show that this water Is Not up to E.P.A Code and
Is Contaminated. As well as Be compensated for any Harm
done to my Health.

this affidavit Is true and I was Not coerced to
say anything against my will.



Pursuant to 28 USC 1746, 18 USC 1621 or 735 ILSC 5/1-109, I declare, under penalty of perjury, that everything contained herein is true and accurate to the best of my knowledge and belief. I do declare and affirm that the matter at hand is not taken either frivolously or maliciously and that I believe the foregoing matter is taken in good faith.

Signed on this 30 day of April , 20 25

James Kyles
_____ Affiant